UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-4-T-23JSS

JARVIS C. EVERETT
                                              /

**O R D E R**

Jarvis Everett moved (Doc. 20) to suppress evidence, the United States responded (Doc. 25), and Everett replied (Doc. 30). Under 28 U.S.C. § 636 and Local Rule 6.01(b), the motion was referred to the magistrate judge, who conducted a hearing and issued a report (Doc. 46) recommending denial of the motion. Everett objected (Doc. 49) to the report and recommendation.

After review of the papers and the record, Everett's objections are **OVERRULED**, the report and recommendation is **ADOPTED**[*], and the motion to suppress (Doc. 20) is **DENIED**.

ORDERED in Tampa, Florida, on May 26, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] At page 23, line 3, the report says that the United States' "argument fails as presumptuous." Although the term "presumptuous" is perhaps imprecise, the accompanying text clarifies that the report means that the United States' argument is too speculative and depends on presumed facts, that is, depends on facts contrary to the record, not established in the record, or not fairly and directly inferred from the record.